252 F.2d 790
 FIRST CHRISTIAN CHURCH OF CAMERON, Inc., Appellant,
v.
DUNN-WRIGHT CONSTRUCTION COMPANY, Inc.
 No. 15890.
 United States Court of Appeals Eighth Circuit.
 Dec. 17, 1957.
 
 1
 Appeal from the United States District Court for the Western District of Missouri.
 
 
 2
 C. D. Hale and Watkins & Watkins, St. Joseph, Mo., for appellant.
 
 
 3
 John B. Ewing, Jr., and Brenner, Van Valkenburgh & Wimmell, Kansas City Mo., for appellee.
 
 
 4
 Appeal from District Court dismissed at cost of the appellant, on stipulation of parties.